FILED by YH D.C.

Apr 24, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-60100-CR-ZLOCH/HUNT**

18 U.S.C. § 371
18 U.S.C. § 982(a)(7)

**UNITED STATES OF AMERICA**

vs.

**DESIREE MITCHELL and
VERNON TIM MITCHELL,**

      **Defendants.**
_____/

## INFORMATION

The United States Attorney charges that:

### GENERAL ALLEGATIONS

At all times material to this Information:

1. The Federal Employees' Compensation Act (FECA), Title 5, United States Code, Sections 8101, et seq., was administered by the United States Department of Labor, Office of Workers' Compensation Programs (OWCP). The FECA provided compensation benefits, including medical and health benefits, to civilian employees of the United States for disability due to personal injury sustained while in the performance of their duties, and covered all medical expenses to include prescription drugs, rehabilitation services, medical tests, physical therapy, and medical supplies and equipment.

2. Under the FECA, when a qualified employee suffered a work related injury, the employee submitted a claim to OWCP, which then assigned the beneficiary an OWCP claim number.

3. To obtain reimbursement for prescription drugs provided to FECA beneficiaries, a pharmacy had to submit a claim for payment to OWCP. OWCP would then process the claim and reimburse the provider in accordance with an established fee schedule.

4. The FECA program was a "Federal health care program" as defined by Title 42, United States Code, Section 1320a-7b(f), and a "health care benefit program" as defined by Title 18, United States Code, Section 24(b).

## The Defendants, Related Entities and Individuals

5. Pharmacy 1, a corporation organized in the State of Florida, was located in Plantation, Florida.

6. Pharmacy 2, a corporation organized in the State of Alabama, was located in Birmingham, Alabama.

7. Medical Facility 1, a corporation organized in the State of Georgia, was located in Atlanta, Georgia. Medical Facility 1 provided medical treatments to FECA beneficiaries.

8. Marketing Company 1, a corporation organized in the State of Florida, was located in Ormond Beach, Florida.

9. Garner Medical Inc., a corporation organized in the State of Georgia, was located in Lawrenceville, Georgia.

10. Individual 1, a resident of Volusia County, Florida, was the owner of Marketing Company 1.

11. Individual 2, a resident of Broward County, Florida was the owner of Pharmacy 1.

12. Defendant **DESIREE MITCHELL**, a resident of Gwinnett County, Georgia, was employed as a surgical coordinator at Medical Facility 1.

13. Defendant **VERNON TIM MITCHELL**, a resident of Gwinnett County, Georgia, was the Registered Agent of Garner Medical Inc.

## CONSPIRACY TO RECEIVE HEALTH CARE KICKBACKS
### (18 U.S.C. § 371)

From in or around April 2015, through in or around December 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**DESIREE MITCHELL and**
**VERNON TIM MITCHELL,**

did willfully, that is, with the intent to further the object of the conspiracy, and knowingly combine, conspire, confederate, and agree with each other, Individual 1, and others known and unknown to the United States Attorney, to commit offenses against the United States, that is, to violate Title 42, United States Code, Section 1320a-7b(b)(1)(B) by knowingly and willfully soliciting and receiving any remuneration, including kickbacks and bribes, overtly and covertly, in cash and in kind, in return for purchasing, leasing, ordering and arranging for and recommending purchasing, leasing, and ordering any good, facility service, and item for which payment may be made in whole and in part under a Federal health care program, that is, FECA.

### PURPOSE OF THE CONSPIRACY

14. It was a purpose of the conspiracy for the defendants and their co-conspirators to unlawfully enrich themselves by, among other things: (a) soliciting and receiving kickbacks in return for referring FECA beneficiaries with prescriptions to Pharmacy 1 and Pharmacy 2; (b) submitting and causing the submission of claims to OWCP for medications that Pharmacy 1 and Pharmacy 2 purportedly provided to FECA beneficiaries; (c) causing OWCP to make payments to Pharmacy 1 and Pharmacy 2; (d) concealing receipt of the kickbacks; and (e) diverting the fraud proceeds for their personal use, the use and benefit of others, and to further the conspiracy.

3

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and their co-conspirators sought to accomplish the object and purpose of the conspiracy included, among others, the following:

15. **DESIREE MITCHELL** and **VERNON TIM MITCHELL** solicited and received kickbacks from Individual 1, in return for referring the prescriptions for FECA beneficiaries who were treated at Medical Facility 1 to Pharmacy 1 and Pharmacy 2.

16. **DESIREE MITCHELL, VERNON TIM MITCHELL** and Individual 1 caused Pharmacy 1 and Pharmacy 2 to submit claims to OWCP for prescription drugs purportedly provided to FECA beneficiaries.

17. As a result of these claims, OWCP made payments to Pharmacy 1 and Pharmacy 2.

## OVERT ACTS

In furtherance of the conspiracy, and to accomplish its object and purpose, at least one co-conspirator committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following overt acts, among others:

1. On or about August 11, 2015, co-conspirator Individual 2 sent an email to **DESIREE MITCHELL** in which she was asked if certain FECA beneficiaries were still patients of Medical Facility 1 so that Pharmacy 1 could continue to send refills to them. **MITCHELL** responded to this email and wrote "Refills for everyone!!!!!!! Ha!"

2. On or about October 8, 2015, co-conspirator Individual 1 sent an email to **DESIREE MITCHELL** that indicated "the trouble someone could get into," and attached a link to a list of government enforcement actions involving the payment of kickbacks.

3. On or about November 5, 2015, **VERNON TIM MITCHELL** incorporated

Garner Medical Inc., a company that he and **DESIREE MITCHELL** used to receive kickback payments from Marketing Company 1.

4. On or about December 8, 2015, **VERNON TIM MITCHELL** deposited and caused to be deposited Check No. 1597 from Marketing Company 1 in the approximate amount of $25,030.

5. On or about February 6, 2016, **VERNON TIM MITCHELL** deposited and caused to be deposited Check No. 1601 from Marketing Company 1 in the approximate amount of $31,869.

6. On or about February 15, 2016, co-conspirator Individual 1 wrote an email to **DESIREE MITCHELL** in which Individual 1 informed her that Individual 1 was shipping out medication to a patient, and **MITCHELL** responded "Awesome! $!!"

All in violation of Title 18, United States Code, Section 371.

## FORFEITURE
(18 U.S.C. § 982(a)(7))

1. The allegations of this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendants, **DESIREE MITCHELL** and **VERNON TIM MITCHELL**, have an interest.

2. Upon conviction of the violation alleged in this Information, the defendants so convicted shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(7), any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of such violations.

All pursuant to Title 18, United States Code, Section 982(a)(7), and the procedures set forth

in Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 982(b)(1).

MARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

ANNE P. MCNAMARA
ASSISTANT UNITED STATES ATTORNEY

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DESIREE MITCHELL and
VERNON TIM MITCHELL,

_____Defendants._____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)
___ Miami  ___ Key West
_✓_ FTL    ___ WPB    ___ FTP

New defendant(s)            Yes ___  No ___
Number of new defendants    ___
Total number of counts      ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)  No
   List language and/or dialect  _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   I    0 to 5 days        _✓_         Petty      ___
   II   6 to 10 days       ___         Minor      ___
   III  11 to 20 days      ___         Misdem.    ___
   IV   21 to 60 days      ___         Felony     _✓_
   V    61 days and over   ___

6. Has this case previously been filed in this District Court?    (Yes or No)  No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)  No
   If yes: Magistrate Case No.  _____
   Related miscellaneous numbers:  _____
   Defendant(s) in federal custody as of  _____
   Defendant(s) in state custody as of  _____
   Rule 20 from the District of  _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ___    No _✓_

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ___    No _✓_

_____
Anne P. McNamara
Assistant United States Attorney
Court ID No. A5501847

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: DESIREE MITCHELL

**Case No**: _____

Count #: 1

Conspiracy to Receive Health Care Kickbacks

Title 18, United States Code, Section 371

\* **Max. Penalty**: Five (5) years' imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: VERNON TIM MITCHELL

**Case No**: _____

Count #: 1

Conspiracy to Receive Health Care Kickbacks

Title 18, United States Code, Section 371

\* **Max. Penalty**: Five (5) years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| Desiree Mitchell, | ) | |
| *Defendant* | ) | |

**WAIVER OF AN INDICTMENT**

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| Vernon Tim Mitchell, | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*